UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| DEBRA E. BLACK, <br> (Social Security No. XXX-XX-8433), <br> <br> Plaintiff, <br> <br> v. <br> <br> MICHAEL J. ASTRUE, COMMISSIONER <br> OF SOCIAL SECURITY, <br> <br> Defendant. | 2:08-cv-392-WGH-RLY |

**FINAL JUDGMENT ENTRY**

For the reasons outlined in the Memorandum Decision and Order entered on this date, the final decision of the Commissioner is **AFFIRMED,** and this case is **DISMISSED.**

**Entered:** October 28, 2009

_____
William G. Hussmann, Jr.
United States Magistrate Judge
Southern District of Indiana

Laura Briggs, Clerk
U.S. District Court

By:_____
         Deputy Clerk

**Electronic copies to:**

Patrick Harold Mulvany
mulvany@onet.net

Thomas E. Kieper
UNITED STATES ATTORNEY'S OFFICE
tom.kieper@usdoj.gov